HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS JR, <br><br> Plaintiff, <br><br> v. <br><br> JAY R INSLEE, et al., <br><br> Defendants. | CASE NO. C20-5271RBL <br><br> ORDER |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 2], recommending dismissal of Plaintiff Demos's proposed complaint without prejudice. Plaintiff has objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Demos's proposed complaint is **DISMISSED** without prejudice;

The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

IT IS SO ORDERED.

Dated this 15th day of May, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 1